ACCEPTED
03-14-00360-CV
21651618
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 5:08 PM
JEFFREY D. KYLE
CLERK

# O'HANLON, DEMERATH & CASTILLO

## ATTORNEYS AND COUNSELORS AT LAW

808 WEST AVENUE
AUSTIN, TEXAS 78701
PHONE: (512) 494-9949
FAX: (512) 494-9919

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2018 5:08:36 PM
JEFFREY D. KYLE
Clerk

**DAVID J. CAMPBELL**

_dcampbell@808west.com_

January 5, 2018

**_Via e-filing_**
Hon. Blake Hawthorne
Clerk of the Supreme Court of Texas

> Re: _Honors Academy, Inc.; et al. v. Texas Education Agency; et al._
> Case Number: 16-0519
> Court of Appeals Numbers: 03-14-00283-CV & 03-14-00360-CV
> Trial Court Number: D-1-GN-14-000672

Mr. Hawthorne:

In reviewing the documents associated with the above-referenced case in the Attorney Portal for the Texas Judicial Branch, I noticed the Court does not appear to have the complete Clerk's Record and Reporter's Record for the above-referenced case.

The Court of Appeals issued its opinion in this case under Cause Numbers 03-14-00283-CV and 03-14-00360-CV. The Record from 03-14-00283-CV appears to have been forwarded to the Court. However, the record from 03-14-00360-CV does not appear to have been forwarded. The Clerk's Record in 03-14-00360-CV is one volume and the Reporter's Record in 03-14-00360-CV is three volumes.

Oral argument is scheduled to occur on Wednesday, January 10, 2018. If it is possible for the Court to request that the Record from 03-14-00360-CV be forwarded to the Court from the Third Court of Appeals, it would be greatly appreciated.

Best regards,

_/s/ David J. Campbell_

David J. Campbell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through the court's e-filing/notice system, on January 5, 2018, to the following:

Beth Klusmann
Assistant Solicitor General
Texas Attorney General
P.O. Box 12548 (MC 059)
Email: Beth.Klusmann@oag.texas.gov

**Counsel for Respondents TEA and Commissioner**

Robert A. Schulman
**SHULMAN, LOPEZ, HOFFER & ADELSTEIN, L.L.P.**
Maia Levenson
517 Soledad Street
San Antonio, Texas 78205-1508
Email: rschulman@slh-law.com
mlevenson@slh-law.com

Cris Feldman
**FELDMAN & FELDMAN, PC**
3355 West Alabama Street, Suite 1220
Houston, Texas 77098
Email: cris.feldman@thefeldmanfirmpc.com

**Counsel for American YouthWorks**

Susan G. Morrison
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, Texas 78701
Email: smorrison@808west.com

**Counsel for Azleway, Inc.**

Richard L. Arnett
Richard Arnett, Attorney, LLC
3262 Nebo Road
Boulder, Colorado 80302
Email: rarnett@arnettlaw.net

**Counsel for Amicus Curia,**
**Texas League of Community Charter Schools**